(No. 6504█

DIANA RATKOVICH, A Minor by Her Father, JOHN RATKOVICH, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1973.*

JOHN RATKOVICH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6535█

MICHIGAN BLVD. GARDEN APARTMENTS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 9, 1973.*

MICHIGAN BLVD. GARDEN APARTMENTS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.